**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 16-10983-TPA |
| James I Peterson AND | : | |
| Janet M Peterson, | : | Chapter 13 |
| Debtors, | : | |
| | : | Docket No.: |
| James I Peterson AND | : | |
| Janet M Peterson, | : | Hearing Date & Time: |
| Movants, | : | June 21, 2017 at 11:30AM |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seek an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movants a response to the motion no later than **May 25, 2017,** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held **JUNE 24, 2017 AT 11:30 AM** in the Erie Bankruptcy Courtroom, United States Courthouse, 17 South Park Row, Erie, PA 16501. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: May 8, 2017                                                                                              Respectfully submitted,

*/s/ Daniel P. Foster, Esquire*
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices, LLC
PO Box 966
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:dan@mrdebtbuster.com
Attorney for Debtors

**CERTIFICATE OF SERVICE**

    I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Notice of Hearing along with the MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING**, by First-Class Mail, U.S. Postage Paid on the parties below.

Executed on: **May 8, 2017**        *By: /s/ Anne M. Clement*
    ANNE M. CLEMENT, PARALEGAL
    FOSTER LAW OFFICES, LLC
    PO Box 966
    Meadville, PA 16335
    Tel 814.724.1165
    Fax 814.724.1158

MATRIX

Belden Jewelers / Sterling Jewelers, Inc
Po Box 1799
Akron, OH 44309-1799

BANK OF AMERICA, N.A.
PO Box 31785
Tampa, FL 33631-3785

Citibank / Sears
Po Bopx 790040
Saint Louis, MO 63179-0040

Capital One
Po Box 30285
Salt Lake City, UT 84130-0285

Community Bank Na
Po Box 509
Canton, NY 13617-0509

Comenity Bank / Bon Ton
3100 Easton Square Plaza
Columbus, OH 43219-6232

Internal Revenue Service
William Moor-Head Building
1000 Liberty Ave Room 806
Pittsburgh, PA 15222-4027

Fifth Third Bank
1830 East Paris Avenue
Grand Rapids, MI 49546-8803

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Kohls / Capital One
Po Box 3120
Milwaukee, WI 53201-3120

PNC Bank
249 5th Avenue Suite 30
Pittsburgh, PA 15222-2707

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

James I. Peterson
5088 Scandia Road
Russell, PA 16345-7730

Synchrony Bank / Care Credit
Po Box 965064
Orlando, FL 32896-5064

Sterling Jewelers Inc.
P.O. Box 80730
Rochester, MI 48308-0730

Bank Of America
Nc4-105-03-14 Po Box 26012
Greensboro, NC 27420-6012

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-1340

Comenity Bank / Lane Bryant
Po Box 182125
Columbus, OH 43218-2125

Fnb Consumer Discount Company
210 Liberty Street
Warren, PA 16365-5708

Internal Revenue Service
Insolvency Unit
PO Box 628
Pittsburgh, PA 15230

Midland Funding LLC
PO Box 2011
Warren, MI 48090-2011

James & Janet M. Peterson
5088 Scandia Road
Russell, PA 16345-7730

Sterling Jewelers, Inc.
600 Superior Avenue East, Suite 1400
Cleveland, Ohio 44114-2693

US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

United Consumer Financial Services
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Ste. 200
Tucson, AZ 85712-1083

United Consumer Financial Services
865 Bassett Road
Westlake, OH 44145-1194

James Warmbrodt
KML Law Group, P.C.
701 Market Street Suite 5000
Philadelphia, PA 19106-1541

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702