**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 16-10983-TPA |
| | : | |
| James I Peterson and | : | CHAPTER 13 |
| Janet M Peterson, | : | |
|     Debtors, | : | |
| | : | DOCKET NO.: |
| James I Peterson and | : | |
| Janet M Peterson, | : | |
|     Movants, | : | HEARING DATE & TIME: |
| | : | |
| vs. | : | |
| | : | |
| | : | FILED PURSUANT TO 11 USC § 362 (C) (3) (B) |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|     Chapter 13 Trustee | : | |
|     Respondents. | : | |

**CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Notice of Proposed Modification, Amended Chapter 13 Plan and Order by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: **June 23, 2017**

By: */s/ Clarissa Bayhurst*
Clarissa Bayhurst, PARALEGAL
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

Belden Jewelers / Sterling Jewelers, Inc
Attn: Bankruptcy
Po Box 1799
Akron, OH 44309-1799

Citibank / Sears
Citicorp Credit Services
Po Bopx 790040
Saint Louis, MO 63179-0040

Community Bank Na
Attn: Bankruptcy
Po Box 509
Canton, NY 13617-0509

Internal Revenue Service
William Moor-Head Building
1000 Liberty Avenue
Room 806
Pittsburgh, PA 15222-4027

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222-3721

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Synchrony Bank / Care Credit
Po Box 965064
Orlando, FL 32896-5064

BANK OF AMERICA, N.A.
Bank of America
PO BOX 31785
Tampa, FL 33631-3785

Capital One
Po Box 30285
Salt Lake City, UT 84130-0285

Comenity Bank / Bon Ton
3100 Easton Square Plaza
Columbus, OH 43219-6232

Fifth Third Bank
1830 East Paris Avenue
Grand Rapids, MI 49546-8803

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Kohls / Capital One
Po Box 3120
Milwaukee, WI 53201-3120

PNC Bank
249 5th Avenue
Suite 30
Pittsburgh, PA 15222-2707

James I. Peterson
5088 Scandia Road
Russell, PA 16345-7730

Sterling Jewelers Inc.
c/o Five Lakes Agency, Inc.
P.O. Box 80730
Rochester, MI 48308-0730

Synchrony Bank / Lowes
Po Box 965064
Orlando, FL 32896-5064

Bank Of America
Nc4-105-03-14
Po Box 26012
Greensboro, NC 27420-6012

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-1340

Comenity Bank / Lane Bryant
Po Box 182125
Columbus, OH 43218-2125

Fnb Consumer Discount Company
210 Liberty Street
Warren, PA 16365-5708

Internal Revenue Service
Insolvency Unit
PO Box 628
Pittsburgh, PA 15230

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

Midland Funding LLC
PO Box 2011
Warren, MI 48090-2011

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

Janet M. Peterson
5088 Scandia Road
Russell, PA 16345-7730

Sterling Jewelers, Inc. dba Kay Jewelers
c/o Buckley King LPA
600 Superior Avenue East, Suite 1400
Cleveland, Ohio 44114-2693

Synchrony Bank / Sams Club
Po Box 965064
Orlando, FL 32896-5064

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

United Consumer Financial Services
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Ste. 200
Tucson, AZ 85712-1083

United Consumer Financial Services
865 Bassett Road
Westlake, OH 44145-1194

James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541