IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| James I. Peterson ) | Case No.: 16-10983 TPA |
| Janet M. Peterson ) | Chapter 13 |
|     Debtor(s) ) | |
| _____) | |
| Ronda J. Winnecour, Chapter 13 ) | Related Doc: 44,45 |
| Trustee, ) | |
| ) | Hearing Date: 9-19-2018 |
|     Movant, ) |     at 9:30a.m. |
| ) | |
|     Vs. ) | Response Due: 8-23-2018 |
| Bank of America, N.A., ) | |
|     Respondent(s) ) | |

## CERTIFICATE OF SERVICE OF TRUSTEE'S OBJECTION TO NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES AND CHARGES AND ORDER ENTERED JULY 19, 2018 AT DOC. 45

I certify under penalty of perjury that I am, and at all times hereafter mentioned was, more than 18 years of age and that I served the above captioned Scheduling Order and Objection on the parties at the addresses specified below on **June 23, 2018**.

The type of service made on the parties was First Class Postage Prepaid Mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example: the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading "Service by First Class Mail."

**EXECUTED ON:**

James I. Peterson
Janet M. Peterson
5088 Scandia Road
Russell, PA  16345

Daniel P. Foster, Esquire
Foster Law Offices
P. O. Box 966
Meadville, PA  16335

Phelan Hallinan Diamond & Jones
c/o Bankruptcy Department
One Penn Center
1617 JFK Blvd., Suite 1400
Philadelphia, PA  19103

Bank of America
P. O. Box 31785
Tampa, FL  33631-3785

Brian T. Moynihan
Chief Executive Officer
Bank of America Corporate Office
100 N. Tryon Street
Charlotte, NC  28255

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA  15222

                    BY:    /s/ Amy T. Sabedra
                            Office of the Chapter 13 Trustee
                            Suite 3250, U.S. Steel Tower
                            600 Grant Street
                            Pittsburgh, PA  15219
                            412-471-5566
                            cmecf@chapter13trusteewdpa.com