# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| **James I. Peterson** | : | Chapter 13 |
| **Janet M. Peterson** | : | |
| Debtors | : | Bankruptcy No. 16-10983 TPA |
| | : | |
| **Ronda J. Winnecour,** | : | |
| Standing Trustee | : | Related to Doc. Nos.: 44, 45, & 47 |
| Movant | : | |
| v. | : | Hearing Date: September 19, 2018 |
| | : | |
| **Bank of America, N.A.** | : | Hearing Time: 9:30 a.m. |
| Respondent | : | |

## CONSENT ORDER OF COURT

**AND NOW**, this _____ day of _____, 2018, upon consideration of the Trustee's Objection to Notice of Postpetition Mortgage Fees, Expenses and Charges filed on July 17, 2018 ("Objection") [Doc. No. 44] and Bank of America, N.A.'s Response thereto filed on August 22, 2018, attached to which is a notarized Affidavit Confirming Removal of Post-Petition Charges from the Debtors' Loan Account and complete loan history ("Response") [Doc. No. 47], and with the consent of the Trustee that Bank of America, N.A. has sufficiently provided proof that the charges requested in the Notice of Postpetition Mortgage Fees, Expenses, and Charges filed on July 19, 2017 have been reversed, it is hereby

**ORDERED** that the Objection is resolved and the hearing scheduled for September 19, 2018 at 9:30 a.m. is cancelled. It is further

**ORDERED** that the hearing scheduled for September 19, 2018 at 9:30 a.m. is cancelled.

BY THE COURT:

_____
**THOMAS P. AGRESTI**
**U.S. Bankruptcy Judge**

1

Consented to by:

| | |
|---|---|
| */s/Ronda J. Winnecour* | */s/ Jodi L. Hause, Esquire* |
| Ronda J. Winnecour, Chapter 13 Trustee | Jodi L. Hause, Esquire |
| Office of the Chapter 13 Trustee | Attorney for Bank of America, N.A. |
| Suite 3250 US Steel Tower | Phelan Hallinan LLP |
| 600 Grant Street | Omni William Penn Place Office Tower |
| Pittsburgh, PA  15219 | 555 Grant Street, Suite 360 |
| 412.471.5566 | Pittsburgh, PA 15219 |
| rwinnecour@chapter13trusteewdpa.com | 412.745.0600 / 412.745.0601 (fax) |
| | jodi.hause@phelanhallinan.com |