FILED
9/12/18 12:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| James I. Peterson | : | Chapter 13 |
| Janet M. Peterson | : | |
| Debtors | : | Bankruptcy No. 16-10983 TPA |
| | : | |
| Ronda J. Winnecour, | : | |
| Standing Trustee | : | Related to Doc. Nos.: 44, 45, & 47 & 48 |
| Movant | : | |
| v. | : | Hearing Date: September 19, 2018 |
| | : | |
| Bank of America, N.A. | : | Hearing Time: 9:30 a.m. |
| Respondent | : | |

### CONSENT ORDER OF COURT

AND NOW, this ___12th___ day of ___September___, 2018, upon consideration of the Trustee's Objection to Notice of Postpetition Mortgage Fees, Expenses and Charges filed on July 17, 2018 ("Objection") [Doc. No. 44] and Bank of America, N.A.'s Response thereto filed on August 22, 2018, attached to which is a notarized Affidavit Confirming Removal of Post-Petition Charges from the Debtors' Loan Account and complete loan history ("Response") [Doc. No. 47], and with the consent of the Trustee that Bank of America, N.A. has sufficiently provided proof that the charges requested in the Notice of Postpetition Mortgage Fees, Expenses, and Charges filed on July 19, 2017 have been reversed, it is hereby

ORDERED that the Objection is resolved and the hearing scheduled for September 19, 2018 at 9:30 a.m. is cancelled. It is further

ORDERED that the hearing scheduled for September 19, 2018 at 9:30 a.m. is cancelled.

BY THE COURT:

_____  jlm
THOMAS P. AGRESTI
U.S. Bankruptcy Judge

It is FURTHER ORDERED that Bank of America, N.A. and its successors and assigns are hereinafter prohibited from making any attempt to collect the removed fees, expenses and charges from the Debtor.

_____  jlm
Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-10983-TPA
James I. Peterson                                                         Chapter 13
Janet M. Peterson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: aala              Page 1 of 1           Date Rcvd: Sep 12, 2018
                             Form ID: pdf900         Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2018.
db/jdb         +James I. Peterson,   Janet M. Peterson,   5088 Scandia Road,   Russell, PA 16345-7730
14358915        BANK OF AMERICA, N.A.,   Bank of America,   PO Box 31785,   Tampa, FL 33631-3785

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2018 at the address(es) listed below:
          Daniel P. Foster    on behalf of Debtor James I. Peterson dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Daniel P. Foster    on behalf of Joint Debtor Janet M. Peterson dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James Warmbrodt    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          Jodi L. Hause    on behalf of Creditor    Bank Of America, N.A. jodi.hause@phelanhallinan.com,
           pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Thomas Song    on behalf of Creditor   Bank Of America, N.A. pawb@fedphe.com
                                                                              TOTAL: 7