**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 16-10983-TPA
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| James I. Peterson<br>5088 Scandia Road<br>Russell PA 16345 | Janet M. Peterson<br>5088 Scandia Road<br>Russell PA 16345 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/18/2019.

Name and Address of Alleged Transferor(s):

Claim No. 6: BANK OF AMERICA, N.A., Bank of America, PO Box 31785, Tampa, FL 33631-3785

Name and Address of Transferee:

U.S. Bank National Association, not in its individ
P.O. Box 10826
Greenville, SC  29603-0675

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    06/20/19

Michael R. Rhodes
**CLERK OF THE COURT**

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
```

In re:                                                           Case No. 16-10983-TPA
James I. Peterson                                                Chapter 13
Janet M. Peterson
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1           User: aala                Page 1 of 1           Date Rcvd: Jun 18, 2019
                               Form ID: trc              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2019.
14358915       BANK OF AMERICA, N.A.,    Bank of America,    PO Box 31785,    Tampa, FL 33631-3785

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2019 at the address(es) listed below:
              Daniel P. Foster    on behalf of Debtor James I. Peterson dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Joint Debtor Janet M. Peterson dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt     on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Jodi L. Hause    on behalf of Creditor   Bank Of America, N.A. jodi.hause@phelanhallinan.com,
               pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas Song     on behalf of Creditor   Bank Of America, N.A. pawb@fedphe.com
                                                                                             TOTAL: 7