**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/07/2020

IN RE:

JAMES I PETERSON
JANET M PETERSON
5088 SCANDIA ROAD
RUSSELL, PA  16345
XXX-XX-7332         Debtor(s)

XXX-XX-5155

Case No. 16-10983 TPA

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/7/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  SAMS CLUB/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: 9770/PRAE |
| **UNITED CONSUMER FINANCIAL SERV**<br>C/O BASS & ASSOCIATES PC*<br>3936 E FT LOWELL RD STE 200<br>TUCSON, AZ  85712 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  FILTER QUEEN CLEANING SYSTEM/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **US BANK NA - TRUSTEE NRZ PASS-THRU TRUS**<br>C/O NEW REZ LLC D/B/A SHELLPOINT MTG SVC<br>PO BOX 10826<br>GREENVILLE, SC  29603-0675 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:6<br>CLAIM:  0.00<br>COMMENT:  PMT/DECL*DKT4LMT*2ND/SCH*BGN 11/16*FR B OF A-DOC 57 | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 7518 |
| **US BANK TRUST NA - TRUSTEE ET AL**<br>C/O SELECT PORTFOLIO SVCNG INC(*)<br>PO BOX 65450<br>SALT LAKE CITY, UT  84165 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:9<br>CLAIM:  0.00<br>COMMENT:  PMT/CL-PL*305.27 X (45+2)=LMT*BGN 11/16*FR B OF A-DOC 61 | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.: 9868 |
| **FNB CONSUMER DISCOUNT CO.**<br>210 LIBERTY STREET<br>P.O. BOX 607<br>WARREN, PA  16365 | Trustee Claim Number:5   INT %: 3.25%<br>Court Claim Number:<br>CLAIM:  1,402.75<br>COMMENT:  PMTS PROPER/CONF*SURR/PL | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 0701 |
| **US BANK NA****<br>PO BOX 5227<br>CINCINNATI, OH  45201-5227 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:5<br>CLAIM:  0.00<br>COMMENT:  CL5GOVS*660/PL*659.08 X (45+2)=LMT*W/19 | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 1073 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:3<br>CLAIM:  552.38<br>COMMENT:  $CL-PL | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.: 7332 |
| **DNF ASSOCIATES LLC**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:2<br>CLAIM:  3,454.28<br>COMMENT:  CL2 GOV@0%/CONF*UNS/SCH-PL*FR STERLING-DOC 54 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: 9851 |
| **STERLING JEWELERS INC D/B/A KAY JEWELER**<br>C/O BUCKLEY KING LPA<br>600 SUPERIOR AVE EAST STE 1400<br>CLEVELAND, OH  44114 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:1<br>CLAIM:  1,399.42<br>COMMENT:  CL1 GOV@0%/CONF*UNS/SCH-PL*5.25%/FACE | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: 0673 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:11<br>CLAIM:  3,877.13<br>COMMENT:  CAPITAL ONE~HOUSEHOLD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 2643 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **CITIBANK NA(*)++**<br>4740 121ST ST<br><br>URBANDALE, IA  50323 | Trustee Claim Number:11 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: SEARS/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0539 |
| **COMENITY BANK**<br>PO BOX 182272<br><br>COLUMBUS, OH  43218 | Trustee Claim Number:12 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~BON TON/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0338 |
| **PNC BANK NA**<br>POB 94982<br><br>CLEVELAND, OH  44101 | Trustee Claim Number:13 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9799 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ  85282 | Trustee Claim Number:14 INT %: 0.00%<br>Court Claim Number:10<br><br>CLAIM: 2,581.92<br>COMMENT: SYNCHRONY~CARE CREDIT*X0151/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4316 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number:15 INT %: 0.00%<br>Court Claim Number:8<br><br>CLAIM: 7,789.19<br>COMMENT: SYNCHRONY~LOWES | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7033 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number:16 INT %: 0.00%<br>Court Claim Number:7<br><br>CLAIM: 6,917.23<br>COMMENT: SYNCHRONY~SAMS CLUB | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9770 |
| **UNITED CONSUMER FINANCIAL SERV**<br>C/O BASS & ASSOCIATES PC*<br>3936 E FT LOWELL RD STE 200<br>TUCSON, AZ  85712 | Trustee Claim Number:17 INT %: 0.00%<br>Court Claim Number:4<br><br>CLAIM: 1,292.76<br>COMMENT: FILTER QUEEN CLEANING SYSTEM | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0792 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:18 INT %: 0.00%<br>Court Claim Number:3<br><br>CLAIM: 15.72<br>COMMENT: NO GEN UNS/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7332 |
| **US BANK NA****<br>PO BOX 5227<br><br>CINCINNATI, OH  45201-5227 | Trustee Claim Number:19 INT %: 0.00%<br>Court Claim Number:5<br><br>CLAIM: 658.19<br>COMMENT: CL5GOVS*$0 ARRS/PL*W/6 | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 1073 |
| **US BANK NA - TRUSTEE NRZ PASS-THRU TRUST**<br>C/O NEW REZ LLC D/B/A SHELLPOINT MTG SVC<br>PO BOX 10826<br>GREENVILLE, SC  29603-0675 | Trustee Claim Number:20 INT %: 0.00%<br>Court Claim Number:6<br><br>CLAIM: 770.58<br>COMMENT: $CL-PL*2ND/SCH*THR 10/16*FR B OF A-DOC 57 | | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 7518 |

| CLAIM RECORDS | | |
|---|---|---|
| **US BANK TRUST NA - TRUSTEE ET AL**<br>C/O SELECT PORTFOLIO SVCNG INC(*)<br>PO BOX 65450<br>SALT LAKE CITY, UT  84165 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:9<br><br>CLAIM:  305.27<br>COMMENT:  $CL-PL*THR 10/16*FR B OF A-DOC 61 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  9868 |
| **SANTANDER CONSUMER USA****<br>PO BOX 560284<br><br>DALLAS, TX  75356 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:12<br><br>CLAIM:  0.00<br>COMMENT:  PMT/PL-CL*348.44 X 36REM+2=LMT*BGN 7/17 | CRED DESC:  Post Petition Claim (1305)<br>ACCOUNT NO.:  1463 |
| **US BANK TRUST NA - TRUSTEE ET AL**<br>C/O SELECT PORTFOLIO SVCNG INC(*)<br>PO BOX 65450<br>SALT LAKE CITY, UT  84165 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:9<br><br>CLAIM:  0.00<br>COMMENT:  RMVD/OE*NT/PL*NTC POSTPET FEE/EXP*REF CL*W/21*900/NTC*FR B OF A-DOC 6 | CRED DESC:  Post Petition Claim (1305)<br>ACCOUNT NO.:  9868 |
| **PHELAN HALLINAN DIAMOND & JONES LLP**<br>OMNI WILLIAM PENN OFFICE TOWER<br>555 GRANT ST STE 300<br>PITTSBURGH, PA  15219 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  BANK OF AMERICA/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |

Case 16-10983-TPA    Doc 64    Filed 02/07/20    Entered 02/07/20 11:07:19    Desc
Page 5 of 5