2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 16-10983-TPA
Chapter 13

In re: Debtor(s) (including Name and Address)

James I. Peterson
5088 Scandia Road
Russell PA 16345

Janet M. Peterson
5088 Scandia Road
Russell PA 16345

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/30/2020.

Name and Address of Alleged Transferor(s):

Claim No. 6: U.S. Bank National Association, not in its individ, P.O. Box 10826, Greenville, SC  29603-0675

Name and Address of Transferee:

U.S. Bank Trust National Association, as
Trustee of the Igloo Series IV Trust
c/o SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    07/02/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 16-10983-TPA
James I. Peterson                                                        Chapter 13
Janet M. Peterson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: aala          Page 1 of 1          Date Rcvd: Jun 30, 2020
                             Form ID: trc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2020.
15071988          +U.S. Bank National Association, not in its individ,    P.O. Box 10826,
                   Greenville, SC 29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2020                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 30, 2020 at the address(es) listed below:
          Daniel P. Foster     on behalf of Debtor James I. Peterson dan@mrdebtbuster.com,
           katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy
           .com
          Daniel P. Foster     on behalf of Joint Debtor Janet M. Peterson dan@mrdebtbuster.com,
           katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy
           .com
          James  Warmbrodt    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
          Thomas  Song    on behalf of Creditor   Bank Of America, N.A. pawb@fedphe.com
                                                                                        TOTAL: 6