Certificate Number: 02998-PAW-DE-034683161

Bankruptcy Case Number: 16-10983



02998-PAW-DE-034683161

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 18, 2020, at 10:53 o'clock PM EDT, Janet M Peterson completed a course on personal financial management given by internet by Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  July 20, 2020             By:   /s/Angela Zinnerman

                                 Name: Angela Zinnerman

                                 Title: Counselor