**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **JAMES I PETERSON** |
| Debtor 2 (Spouse, if filing) | **JANET M PETERSON** |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number: | **16-10983TPA** |

# Form 4100N
# Notice of Final Cure Payment

10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1:  Mortgage Information

Name of creditor: **US BANK TRUST NA - TRUSTEE OF IGLOO**

Court claim no. (if known): **6**

Last 4 digits of any number you use to identify the debtor's account: **5 3 2 2**

Property Address: 5088 SCANDIA RD
RUSSELL PA 16345

### Part 2:  Cure Amount

**Total cure disbursments made by the trustee:** | | **Amount** |

| | | | |
|---|---|---|---|
| a. | Allowed prepetition arrearage: | (a) $ | 770.58 |
| b. | Prepetition arrearage paid by the trustee: | (b) $ | 770.58 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 0.00 |
| e. | Allowed postpetition arrearage: | (e) $ | 0.00 |
| f. | Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g. | **Total.** Add lines b, d, and f. | (g) $ | 770.58 |

### Part 3:  Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

Current monthly mortgage payment    $   $743.82

The next postpetition payment is due on   9 / 1 / 2020
MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

---

Form 4100N        Notice of Final Cure Payment        page 1

| Debtor 1 | **JAMES I PETERSON** | Case number *(if known)* | **16-10983TPA** |
|---|---|---|---|
| | Name | | |

**Part 4:  A Response Is Required By Bankruptcy Rule 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

✗ /s/ Ronda J. Winnecour     Date  10/15/2020
Signature

Trustee     Ronda J. Winnecour

Address    CHAPTER 13 TRUSTEE WD PA
           600 GRANT STREET
           SUITE 3250 US STEEL TWR
           PITTSBURGH, PA  15219

Contact phone  (412) 471-5566           Email  cmecf@chapter13trusteewdpa.com

| Debtor 1 | JAMES I PETERSON | Case number *(if known)* | 16-10983TPA |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 08/25/2017 | 1049881 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 27.39 |
| 04/24/2018 | 1076179 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 130.72 |
| 05/25/2018 | 1079398 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 119.06 |
| 07/26/2018 | 1085752 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 238.13 |
| 08/28/2018 | 1089023 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 119.07 |
| 09/25/2018 | 1092233 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 136.21 |
| | | | | 770.58 |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 03/28/2017 | 1033227 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 3,143.96 |
| 04/21/2017 | 1036618 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 726.96 |
| 05/25/2017 | 1039867 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 781.39 |
| 06/27/2017 | 1043212 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 819.13 |
| 07/25/2017 | 1046569 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 849.71 |
| 08/25/2017 | 1049881 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 1,829.41 |
| 09/26/2017 | 1053215 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 211.00 |
| 10/25/2017 | 1056593 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 745.96 |
| 11/21/2017 | 1059929 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 784.57 |
| 12/21/2017 | 1063149 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 845.48 |
| 01/25/2018 | 1066553 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 874.78 |
| 02/23/2018 | 1069787 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 886.66 |
| 03/28/2018 | 1072950 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 859.45 |
| 04/24/2018 | 1076179 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 744.49 |
| 05/25/2018 | 1079398 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 744.49 |
| 06/22/2018 | 1082653 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 117.15 |
| 07/26/2018 | 1085752 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 1,371.83 |
| 08/28/2018 | 1089023 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 744.49 |
| 09/25/2018 | 1092233 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 744.49 |
| 10/29/2018 | 1095388 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 744.49 |
| 11/27/2018 | 1098653 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 751.27 |
| 12/21/2018 | 1101743 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 747.88 |
| 01/25/2019 | 1104868 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 747.88 |
| 02/25/2019 | 1108140 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 747.88 |
| 03/25/2019 | 1111384 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 747.88 |
| 04/26/2019 | 1114666 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 747.88 |
| 05/24/2019 | 1118044 | BANK OF AMERICA** | AMOUNTS DISBURSED TO CREDITOR | 747.88 |
| 06/25/2019 | 1120993 | US BANK NA - TRUSTEE NRZ PASS-THRU | AMOUNTS DISBURSED TO CREDITOR | 747.88 |
| 07/29/2019 | 1124427 | US BANK NA - TRUSTEE NRZ PASS-THRU | AMOUNTS DISBURSED TO CREDITOR | 747.88 |
| 08/27/2019 | 1127895 | US BANK NA - TRUSTEE NRZ PASS-THRU | AMOUNTS DISBURSED TO CREDITOR | 747.88 |
| 10/24/2019 | 1134556 | US BANK NA - TRUSTEE NRZ PASS-THRU | AMOUNTS DISBURSED TO CREDITOR | 1,483.58 |
| 11/25/2019 | 1138028 | US BANK NA - TRUSTEE NRZ PASS-THRU | AMOUNTS DISBURSED TO CREDITOR | 743.82 |
| 12/23/2019 | 1141493 | US BANK NA - TRUSTEE NRZ PASS-THRU | AMOUNTS DISBURSED TO CREDITOR | 743.82 |
| 01/28/2020 | 1144817 | US BANK NA - TRUSTEE NRZ PASS-THRU | AMOUNTS DISBURSED TO CREDITOR | 743.82 |
| 02/25/2020 | 1148312 | US BANK NA - TRUSTEE NRZ PASS-THRU | AMOUNTS DISBURSED TO CREDITOR | 743.82 |
| 03/23/2020 | 1151885 | US BANK NA - TRUSTEE NRZ PASS-THRU | AMOUNTS DISBURSED TO CREDITOR | 743.82 |
| 05/26/2020 | 1158779 | US BANK NA - TRUSTEE NRZ PASS-THRU | AMOUNTS DISBURSED TO CREDITOR | 1,487.64 |
| 06/26/2020 | 1162111 | US BANK NA - TRUSTEE NRZ PASS-THRU | AMOUNTS DISBURSED TO CREDITOR | 743.82 |
| 07/29/2020 | 1167863 | US BANK TRUST NA - TRUSTEE OF IGLOC | AMOUNTS DISBURSED TO CREDITOR | 743.82 |
| | | | | 34,230.04 |

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

JAMES I PETERSON
JANET M PETERSON
5088 SCANDIA ROAD
RUSSELL, PA  16345

DANIEL P FOSTER ESQ**
FOSTER LAW OFFICES
1210 PARK AVE
MEADVILLE, PA  16335

US BANK TRUST NA - TRUSTEE OF IGLOO SERIES IV TRUST
C/O SN SERVICING CORP (*)
323 5TH ST
EUREKA, CA  95501

THOMAS SONG ESQ
PHELAN HALLINAN DIAMOND & JONES LLP
1617 JFK BLVD STE 1400
ONE PENN CENTER PLAZA
PHILADELPHIA, PA  19103

10/15/20                                                    /s/ Roberta Saunier
                                                            Administrative Assistant
                                                            Office of the Chapter 13 Trustee