Form 300b

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **James I. Peterson** <br> **Janet M. Peterson** <br> *Debtor(s)* | Case No. 16−10983−TPA <br> Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,** <br> *Movant(s),* | Related to Document No. 74 |
| v. <br> **No Respondents** <br> *Respondent(s).* | Hearing Date: 1/6/21 at 12:00 PM |

### ORDER SCHEDULING DATE FOR RESPONSE
### AND HEARING ON MOTION

    *AND NOW,* this ***The 27th of October, 2020***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** having been filed at Doc. No. 74 , by the Chapter 13 Trustee

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1) **On or before December 11, 2020**, any ***Response***, including a consent to the ***Motion***, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

    (2) This ***Motion*** is scheduled for hearing on ***January 6, 2021 at 12:00 PM*** in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the ***Motion***. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

    (3) If, after proper service, a Respondent fails to timely file a ***Response***, the Court ***may*** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties will be ***required*** to appear at the hearing.

*(signature)*
Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-10983-TPA |
| James I. Peterson | Chapter 13 |
| Janet M. Peterson | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: jmar | Page 1 of 3 |
| Date Rcvd: Oct 27, 2020 | Form ID: 300b | Total Noticed: 34 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

\+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++ Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\## Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James I. Peterson, Janet M. Peterson, 5088 Scandia Road, Russell, PA 16345-7730 |
| cr | | Bank of America, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| cr | + | U.S. Bank National Association, not in its individ, NewRez LLC dba Shellpoint Mortgage Serv, PO BOX 10826, GREENVILLE, SC 29603-0826 |
| 14358915 | | BANK OF AMERICA, N.A., Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14305958 | + | Belden Jewelers / Sterling Jewelers, Inc, Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 14305960 | + | Citibank / Sears, Citicorp Credit Services, Po Bopx 790040, Saint Louis, MO 63179-0040 |
| 14305963 | + | Community Bank Na, Attn: Bankruptcy, Po Box 509, Canton, NY 13617-0509 |
| 14305965 | + | Fnb Consumer Discount Company, 210 Liberty Street, Warren, PA 16365-2304 |
| 14305970 | + | PNC Bank, 249 5th Avenue, Suite 30, Pittsburgh, PA 15222-2707 |
| 14687034 | + | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 14308813 | | Sterling Jewelers Inc., c/o Five Lakes Agency, Inc., P.O. Box 80730, Rochester, MI 48308-0730 |
| 15071988 | + | U.S. Bank National Association, not in its individ, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15162432 | + | U.S. Bank Trust National Association, as Trustee, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14339651 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, U.S. BANK NATIONAL ASSOCIATION, BANKRUPTCY DEPARTMENT, P.O. BOX 5229, CINCINNATI, OH 45201-5229 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 28 2020 02:26:00 | Jefferson Capital Systems, PO Box 7999, St Cloud, MN 5632-9617 |
| 14305959 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 28 2020 01:14:09 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14370027 | + | Email/Text: bankruptcy@cavps.com | Oct 28 2020 02:27:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14305961 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 28 2020 02:24:00 | Comenity Bank / Bon Ton, 3100 Easton Square Plaza, Columbus, OH 43219-6232 |
| 14305962 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 28 2020 02:24:00 | Comenity Bank / Lane Bryant, Po Box 182125, Columbus, OH 43218-2125 |
| 14982096 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 28 2020 02:26:00 | DNF Associates, LLC C/O Jefferson Capital, Systems LLC Assignee, PO Box 7999,, Saint Cloud MN 56302-7999 |
| 14305964 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Oct 28 2020 02:27:00 | Fifth Third Bank, 1830 East Paris Avenue, Grand Rapids, MI 49546-8803 |

Case 16-10983-TPA   Doc 77   Filed 10/29/20   Entered 10/30/20 09:33:36   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-1 | User: jmar | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 27, 2020 | Form ID: 300b | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14305967 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 28 2020 02:24:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14305969 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 28 2020 02:24:00 | Kohls / Capital One, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14360979 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 28 2020 02:25:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14379973 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2020 02:17:37 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14307608 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2020 02:18:54 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14310229 | + | Email/Text: ecf@buckleyking.com | Oct 28 2020 02:24:00 | Sterling Jewelers, Inc. dba Kay Jewelers, c/o Buckley King LPA, 600 Superior Avenue East, Suite 1400, Cleveland, Ohio 44114-2693 |
| 14305971 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 28 2020 01:15:49 | Synchrony Bank / Care Credit, Po Box 965064, Orlando, FL 32896-5064 |
| 14305972 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 28 2020 01:14:03 | Synchrony Bank / Lowes, Po Box 965064, Orlando, FL 32896-5064 |
| 14305973 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 28 2020 01:14:03 | Synchrony Bank / Sams Club, Po Box 965064, Orlando, FL 32896-5064 |
| 15260210 | + | Email/Text: bknotices@snsc.com | Oct 28 2020 02:28:00 | U.S. Bank Trust National Association, as, Trustee of the Igloo Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 14305974 | + | Email/Text: EBankruptcy@UCFS.NET | Oct 28 2020 02:28:00 | United Consumer Financial Services, 865 Bassett Road, Westlake, OH 44145-1194 |
| 14335632 | + | Email/Text: bnc@bass-associates.com | Oct 28 2020 02:23:00 | United Consumer Financial Services, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | | Bank Of America, N.A. |
| cr | | Towd Point Mortgage Trust 2019-SJ3, U.S. Bank Nati |
| cr | | U.S. Bank Trust National Association, as Trustee o |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | U.S. Bank National Association, not in its individ, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | *+ | United Consumer Financial Services, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Ste. 200, Tucson, AZ 85712-1083 |
| 14305968 | *+ | Internal Revenue Service, William Moor-Head Building, 1000 Liberty Avenue, Room 806, Pittsburgh, PA 15222-4027 |
| 14305966 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14305975 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, Us Bank, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |
| 14305957 | ##+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| jdb | *+ | Janet M. Peterson, 5088 Scandia Road, Russell, PA 16345-7730 |

TOTAL: 4 Undeliverable, 7 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| District/off: 0315-1 | User: jmar | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 27, 2020 | Form ID: 300b | Total Noticed: 34 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2020              Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2020 at the address(es) listed below:

**Name**          **Email Address**

Brian Nicholas
            on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com

Brian Nicholas
            on behalf of Creditor Towd Point Mortgage Trust 2019-SJ3  U.S. Bank National Association, as Indenture Trustee
            bnicholas@kmllawgroup.com

Daniel P. Foster
            on behalf of Debtor James I. Peterson dan@mrdebtbuster.com
            katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
            on behalf of Joint Debtor Janet M. Peterson dan@mrdebtbuster.com
            katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Office of the United States Trustee
            ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
            cmecf@chapter13trusteewdpa.com

Thomas Song
            on behalf of Creditor Bank Of America  N.A. pawb@fedphe.com

TOTAL: 7