| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **James I. Peterson** | Social Security number or ITIN   **xxx–xx–7332** |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Janet M. Peterson** | Social Security number or ITIN   **xxx–xx–5155** |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:   **16–10983–TPA** | | |

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

James I. Peterson                                      Janet M. Peterson

<u>12/18/20</u>                                                **By the court:**        <u>Thomas P. Agresti</u>
                                                                                    United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 16-10983-TPA |
|---|---|
| James I. Peterson | Chapter 13 |
| Janet M. Peterson | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: aala | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 18, 2020 | Form ID: 3180W | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James I. Peterson, Janet M. Peterson, 5088 Scandia Road, Russell, PA 16345-7730 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| cr | + | U.S. Bank National Association, not in its individ, NewRez LLC dba Shellpoint Mortgage Serv, PO BOX 10826, GREENVILLE, SC 29603-0826 |
| 14305958 | + | Belden Jewelers / Sterling Jewelers, Inc, Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 14305963 | + | Community Bank Na, Attn: Bankruptcy, Po Box 509, Canton, NY 13617-0509 |
| 14305965 | + | Fnb Consumer Discount Company, 210 Liberty Street, Warren, PA 16365-2304 |
| 14305970 | + | PNC Bank, 249 5th Avenue, Suite 30, Pittsburgh, PA 15222-2707 |
| 14308813 | | Sterling Jewelers Inc., c/o Five Lakes Agency, Inc., P.O. Box 80730, Rochester, MI 48308-0730 |
| 15071988 | + | U.S. Bank National Association, not in its individ, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15162432 | + | U.S. Bank Trust National Association, as Trustee, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Dec 19 2020 06:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 19 2020 02:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Dec 19 2020 06:03:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 19 2020 02:52:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | EDI: BANKAMER.COM | Dec 19 2020 06:03:00 | Bank of America, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | EDI: JEFFERSONCAP.COM | Dec 19 2020 06:03:00 | Jefferson Capital Systems, PO Box 7999, St Cloud, MN 5632-9617 |
| 14358915 | EDI: BANKAMER.COM | Dec 19 2020 06:03:00 | BANK OF AMERICA, N.A., Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14305957 | + EDI: BANKAMER.COM | Dec 19 2020 06:03:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14305959 | + EDI: CAPITALONE.COM | Dec 19 2020 06:03:00 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14370027 | + Email/Text: bankruptcy@cavps.com | Dec 19 2020 02:52:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste |

District/off: 0315-1

Date Rcvd: Dec 18, 2020

User: aala

Form ID: 3180W

Page 2 of 3

Total Noticed: 38

|  |  |  |  |
|---|---|---|---|
|  |  |  | 400, Valhalla, NY 10595-2321 |
| 14305960 | + EDI: CITICORP.COM | Dec 19 2020 06:03:00 | Citibank / Sears, Citicorp Credit Services, Po Bopx 790040, Saint Louis, MO 63179-0040 |
| 14305961 | + EDI: WFNNB.COM | Dec 19 2020 06:03:00 | Comenity Bank / Bon Ton, 3100 Easton Square Plaza, Columbus, OH 43219-6232 |
| 14305962 | + EDI: WFNNB.COM | Dec 19 2020 06:03:00 | Comenity Bank / Lane Bryant, Po Box 182125, Columbus, OH 43218-2125 |
| 14982096 | + EDI: JEFFERSONCAP.COM | Dec 19 2020 06:03:00 | DNF Associates, LLC C/O Jefferson Capital, Systems LLC Assignee, PO Box 7999,, Saint Cloud MN 56302-7999 |
| 14305964 | + Email/Text: collectionbankruptcies.bancorp@53.com | Dec 19 2020 02:53:00 | Fifth Third Bank, 1830 East Paris Avenue, Grand Rapids, MI 49546-8803 |
| 14305967 | + EDI: IRS.COM | Dec 19 2020 06:03:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14305969 | + Email/Text: PBNCNotifications@peritusservices.com | Dec 19 2020 02:51:00 | Kohls / Capital One, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14360979 | + EDI: MID8.COM | Dec 19 2020 06:03:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14379973 | EDI: PRA.COM | Dec 19 2020 06:03:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14307608 | + EDI: PRA.COM | Dec 19 2020 06:03:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14687034 | + EDI: DRIV.COM | Dec 19 2020 06:03:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 14310229 | + Email/Text: ecf@buckleyking.com | Dec 19 2020 02:51:00 | Sterling Jewelers, Inc. dba Kay Jewelers, c/o Buckley King LPA, 600 Superior Avenue East, Suite 1400, Cleveland, Ohio 44114-2693 |
| 14305971 | + EDI: RMSC.COM | Dec 19 2020 06:03:00 | Synchrony Bank / Care Credit, Po Box 965064, Orlando, FL 32896-5064 |
| 14305972 | + EDI: RMSC.COM | Dec 19 2020 06:03:00 | Synchrony Bank / Lowes, Po Box 965064, Orlando, FL 32896-5064 |
| 14305973 | + EDI: RMSC.COM | Dec 19 2020 06:03:00 | Synchrony Bank / Sams Club, Po Box 965064, Orlando, FL 32896-5064 |
| 15260210 | + Email/Text: bknotices@snsc.com | Dec 19 2020 02:53:00 | U.S. Bank Trust National Association, as, Trustee of the Igloo Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 14339651 | EDI: USBANKARS.COM | Dec 19 2020 06:03:00 | U.S. BANK NATIONAL ASSOCIATION, BANKRUPTCY DEPARTMENT, P.O. BOX 5229, CINCINNATI, OH 45201-5229 |
| 14305975 | EDI: USBANKARS.COM | Dec 19 2020 06:03:00 | Us Bank, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |
| 14305974 | + Email/Text: EBankruptcy@UCFS.NET | Dec 19 2020 02:53:00 | United Consumer Financial Services, 865 Bassett Road, Westlake, OH 44145-1194 |
| 14335632 | + EDI: BASSASSOC.COM | Dec 19 2020 06:03:00 | United Consumer Financial Services, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0315-1                          User: aala                                      Page 3 of 3
Date Rcvd: Dec 18, 2020                       Form ID: 3180W                                  Total Noticed: 38

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | BANK OF AMERICA, N.A. |
| cr |  | Bank Of America, N.A. |
| cr |  | Towd Point Mortgage Trust 2019-SJ3, U.S. Bank Nati |
| cr |  | U.S. Bank Trust National Association, as Trustee o |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | U.S. Bank National Association, not in its individ, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | *+ | United Consumer Financial Services, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Ste. 200, Tucson, AZ 85712-1083 |
| 14305968 | *+ | Internal Revenue Service, William Moor-Head Building, 1000 Liberty Avenue, Room 806, Pittsburgh, PA 15222-4027 |
| 14305966 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |

TOTAL: 4 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2020                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Towd Point Mortgage Trust 2019-SJ3  U.S. Bank National Association, as Indenture Trustee bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor James I. Peterson dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Janet M. Peterson dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Thomas Song | on behalf of Creditor Bank Of America  N.A. pawb@fedphe.com |

TOTAL: 7