**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
12/18/20 10:01 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
JAMES I PETERSON
JANET M PETERSON
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.: 16-10983 TPA

Chapter 13

Document No.: 74

### ORDER OF COURT

AND NOW, this __18th__ day of __December__, 20_20_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE    jlm

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-10983-TPA |
| James I. Peterson | Chapter 13 |
| Janet M. Peterson | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: aala | Page 1 of 3 |
| Date Rcvd: Dec 18, 2020 | Form ID: pdf900 | Total Noticed: 34 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James I. Peterson, Janet M. Peterson, 5088 Scandia Road, Russell, PA 16345-7730 |
| cr | | Bank of America, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | + | SELECT PORTFOLIO SERVICING, INC, 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| cr | + | U.S. Bank National Association, not in its individ, NewRez LLC dba Shellpoint Mortgage Serv, PO BOX 10826, GREENVILLE, SC 29603-0826 |
| 14358915 | | BANK OF AMERICA, N.A., Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 14305958 | + | Belden Jewelers / Sterling Jewelers, Inc, Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 14305960 | + | Citibank / Sears, Citicorp Credit Services, Po Bopx 790040, Saint Louis, MO 63179-0040 |
| 14305963 | + | Community Bank Na, Attn: Bankruptcy, Po Box 509, Canton, NY 13617-0509 |
| 14305965 | + | Fnb Consumer Discount Company, 210 Liberty Street, Warren, PA 16365-2304 |
| 14305970 | + | PNC Bank, 249 5th Avenue, Suite 30, Pittsburgh, PA 15222-2707 |
| 14687034 | + | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 14308813 | | Sterling Jewelers Inc., c/o Five Lakes Agency, Inc., P.O. Box 80730, Rochester, MI 48308-0730 |
| 15071988 | + | U.S. Bank National Association, not in its individ, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15162432 | + | U.S. Bank Trust National Association, as Trustee, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 14339651 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, U.S. BANK NATIONAL ASSOCIATION, BANKRUPTCY DEPARTMENT, P.O. BOX 5229, CINCINNATI, OH 45201-5229 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 19 2020 02:52:00 | Jefferson Capital Systems, PO Box 7999, St Cloud, MN 5632-9617 |
| 14305959 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 19 2020 03:07:03 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14370027 | + | Email/Text: bankruptcy@cavps.com | Dec 19 2020 02:52:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14305961 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 19 2020 02:51:00 | Comenity Bank / Bon Ton, 3100 Easton Square Plaza, Columbus, OH 43219-6232 |
| 14305962 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 19 2020 02:51:00 | Comenity Bank / Lane Bryant, Po Box 182125, Columbus, OH 43218-2125 |
| 14982096 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 19 2020 02:52:00 | DNF Associates, LLC C/O Jefferson Capital, Systems LLC Assignee, PO Box 7999,, Saint Cloud MN 56302-7999 |
| 14305964 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Dec 19 2020 02:53:00 | Fifth Third Bank, 1830 East Paris Avenue, Grand Rapids, MI 49546-8803 |

Case 16-10983-TPA   Doc 85   Filed 12/20/20   Entered 12/21/20 00:43:50   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-1 | User: aala | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 18, 2020 | Form ID: pdf900 | Total Noticed: 34 |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14305967 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 19 2020 02:51:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14305969 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 19 2020 02:51:00 | Kohls / Capital One, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14360979 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 19 2020 02:52:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14379973 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 19 2020 03:02:28 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14307608 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 19 2020 03:11:17 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14310229 | + | Email/Text: ecf@buckleyking.com | Dec 19 2020 02:51:00 | Sterling Jewelers, Inc. dba Kay Jewelers, c/o Buckley King LPA, 600 Superior Avenue East, Suite 1400, Cleveland, Ohio 44114-2693 |
| 14305971 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 19 2020 03:11:11 | Synchrony Bank / Care Credit, Po Box 965064, Orlando, FL 32896-5064 |
| 14305972 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 19 2020 03:02:18 | Synchrony Bank / Lowes, Po Box 965064, Orlando, FL 32896-5064 |
| 14305973 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 19 2020 03:02:18 | Synchrony Bank / Sams Club, Po Box 965064, Orlando, FL 32896-5064 |
| 15260210 | + | Email/Text: bknotices@snsc.com | Dec 19 2020 02:53:00 | U.S. Bank Trust National Association, as, Trustee of the Igloo Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 14305974 | + | Email/Text: EBankruptcy@UCFS.NET | Dec 19 2020 02:53:00 | United Consumer Financial Services, 865 Bassett Road, Westlake, OH 44145-1194 |
| 14335632 | + | Email/Text: bnc@bass-associates.com | Dec 19 2020 02:51:00 | United Consumer Financial Services, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Suite 200, Tucson, AZ 85712-1083 |

TOTAL: 19

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | | Bank Of America, N.A. |
| cr | | Towd Point Mortgage Trust 2019-SJ3, U.S. Bank Nati |
| cr | | U.S. Bank Trust National Association, as Trustee o |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | U.S. Bank National Association, not in its individ, P.O. Box 10826, Greenville, SC 29603-0826 |
| cr | *+ | United Consumer Financial Services, Bass & Associates, P.C., 3936 E. Ft. Lowell Rd., Ste. 200, Tucson, AZ 85712-1083 |
| 14305968 | *+ | Internal Revenue Service, William Moor-Head Building, 1000 Liberty Avenue, Room 806, Pittsburgh, PA 15222-4027 |
| 14305966 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |
| 14305975 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, Us Bank, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |
| 14305957 | ##+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |

TOTAL: 4 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0315-1 | User: aala | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 18, 2020 | Form ID: pdf900 | Total Noticed: 34 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2020     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2020 at the address(es) listed below:**

**Name**  **Email Address**

Brian Nicholas
on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com

Brian Nicholas
on behalf of Creditor Towd Point Mortgage Trust 2019-SJ3  U.S. Bank National Association, as Indenture Trustee bnicholas@kmllawgroup.com

Daniel P. Foster
on behalf of Debtor James I. Peterson dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
on behalf of Joint Debtor Janet M. Peterson dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Thomas Song
on behalf of Creditor Bank Of America  N.A. pawb@fedphe.com

TOTAL: 7